CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:05-cr-00060 |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. James C. Turk |
| MARTY BROWN. | ) | Senior United States District Judge |

Marty Brown, a federal prisoner, filed his second request for copies of transcripts, reports, and evidence related to his criminal case. Brown claims he needs the documents to prepare a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Brown did not include any payment with his request.

Brown is entitled to free certified copies of documents or parts of the record, as authorized by a court order, if he has a pending application for a writ of habeas corpus and has been permitted to proceed in forma pauperis. 28 U.S.C. § 2250. However, Brown does not have a pending application for a writ of habeas corpus, nor has he been authorized to proceed in forma pauperis. See, e.g., In re O'Kane, 91 F.3d 132, 1996 U.S. App. LEXIS 15567, at *2, 1996 WL 379674, at *1 (4th Cir. 1996) (holding that defendant was not entitled to copies of transcripts at government expense in advance of filing suit). The rate for purchasing photocopies of documents is $0.50 per page, prepaid. Brown may also contact the court reporter(s) to request the cost of purchasing the transcripts he desires. Accordingly, it is hereby

**ORDERED**

that Brown's second motion for request for transcripts (docket #115) is **DENIED**.

The Clerk is directed to send copies of this order to the defendant and counsel of record for the United States.

ENTER: This 27th day of April, 2009.

/s/ James C. Turk
Senior United States District Judge