CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 0 5 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**UNITED STATES OF AMERICA**                    **Case No. 7:05-cr-00060-1**

**v.**                                                                     **2255 DISMISSAL ORDER**

**MARTY BROWN,**                          **By:**    **Hon. James C. Turk**
　　　**Petitioner.**                                    **Senior United States District Judge**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's motion (docket #135) is **CONSTRUED** as a motion to vacate, set aside or

correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this

§ 2255 motion; this new action is **DISMISSED without prejudice** as a successive § 2255

motion, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to petitioner and to counsel of record for the United States.

ENTER: This _5th_ day of January, 2010.


Senior United States District Judge