CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 05 2010
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**UNITED STATES OF AMERICA** — **Case No. 7:05-cr-00060-1**

**v.** — **2255 DISMISSAL ORDER**

**MARTY BROWN,**
**Petitioner.**

**By: Hon. James C. Turk**
**Senior United States District Judge**

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's motion (docket #135) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new action is **DISMISSED without prejudice** as a successive § 2255 motion, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 5th day of January, 2010.

James C. Turk
Senior United States District Judge